No. 10–6992. TICE v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–7006. MILLER v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7025. JACKSON v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–7036. PIPES v. BALLARD, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–7047. MONTOYA v. HARTLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–7050. RAMIREZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7059. CESARIO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 10–7063. SANAVIA-ARELLANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7065. ROMERO v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 10–7080. PENALOZA-BANOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7084. SANJURJO-NUNEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7096. SPARKMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7100. ENCARNACION-MONTERO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7101. DANIELS v. EAGLETON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–7102. MAYNARD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.